UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re
David & Regina Jones )
                                    )     Case No. 09-48550-659
                                    )     Chapter 13         #18
                                    )     Objection to Claim No. 1
                Debtor.          )

### CERTIFICATION OF NO RESPONSE

The undersigned certifies that all entities entitled to notice of the Objection to this Claim in accordance with applicable Bankruptcy Rules, have been served with the foregoing objection, that more than 21 days have passes since the service of Debtor(s)' objection and no response has been file. Movant requests the Court enter proposed order below, which supercedes any prior proposed orders.

Dated: November 13, 2009                  /s/ Jovanna R. Longo
                                                       Attorney for Debtor(s)

### ORDER

Upon Debtor(s)' Objection to the Claim of Citifinancial Auto Corporation, for good cause shown, IT IS ORDERED that Debtor(s)' Objection is Sustained; and IT IS FURTHER ORDERED that the claim number 1 is allowed as a secured claim in the amount of $8,881.50 and unsecured in the amount of $5,617.46

                                                 KATHY A. SURRATT-STATES
                                                         U.S. Bankruptcy Judge

DATED: December 1, 2009
St. Louis, Missouri
DEM


Prepared by:

Jovanna R. Longo
Longo Law Firm
3394 McKelvey Rd, Ste 107
Bridgeton, MO 63011

Copies to:

John V. LaBarge, Jr.
PO Box 430908
St. Louis, MO 63143

Citifinancial Auto Corporation
P.O. Box 9578
Coppell, TX 75019-9578

**David Scott Jones**
**Regina Rose Marie Jones**
809 Kevin Drive
Wentzville, MO 63385